IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENYATTA HENDERSON,

    Plaintiff,                     No.  2:12-cv-2346 CKD P

    vs.

GUY GILLEN, et al.,

    Defendants.                <u>ORDER</u>

                              /

         By order filed September 19, 2012, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff was granted a thirty day extension of time to file an amended complaint by order filed on October 24, 2012.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 10, 2012

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1 - hend2346.fta

---

[1] Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. <u>See</u> 28 U.S.C. § 636(c).